# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

STATE FARM FIRE AND CASUALTY COMPANY

        Plaintiff

  v.

                                                                 Civil Action No.  4:23-cv-51

CODI HOLBROOK;
LESA MCCLAIN;
SAFECO INSURANCE COMPANY OF INDIANA

       Defendants


SAFECO INSURANCE COMPANY OF INDIANA

       Cross Claimant

  v.

CODI HOLBROOK;
LESA MCCLAIN

       Cross Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other:  DECLARATORY JUDGMENT ENTERED in favor of Plaintiff State Farm Fire and Casualty Company and against Defendants Codi Holbrook, Lesa McClain, and Safeco Insurance Company of Indiana declaring that:

      1. State Farm Fire and Casualty Company has no duty under Homeowners Policy No. 14-BQ-F440-7 to defend and/or indemnify Codi Holbrook against Lesa McClain's Indiana state court lawsuit, McClain v. Holbrook, et al., No. 37C01-2212-CT-001125 (Jasper Cir. Ct. filed Dec. 14, 2022).

<u>DECLARATORY JUDGMENT ENTERED</u> in favor of Cross Claimant Safeco Insurance Company of Indiana and against Crossclaim Defendants Codi Holbrook and Lesa McClain, declaring that:

      1. Safeco Insurance Company of Indiana has no duty under Automobile Policy No. K3033266 to defend and/or indemnify Codi Holbrook against Lesa McClain's Indiana state court lawsuit, McClain v. Holbrook, et al., No. 37C01-2212-CT-001125 (Jasper Cir. Ct. filed Dec. 14, 2022).

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Theresa L Springmann on Motion's for Summary Judgment

DATE: 1/14/2025                          CHANDA J. BERTA, CLERK OF COURT

                                          by  s/ S. Jarrell _____
                                          *Signature of Clerk or Deputy Clerk*